■ In the Matter of CHRISTOPHER T. RAGUCCI, a Suspended Attorney. [756 NYS2d 422] —Leave to withdraw application for reinstatement, without prejudice, granted. No opinion. Concur—Sullivan, J.P., Rosenberger, Ellerin, Lerner and Gonzalez, JJ.